■ JOHN GAGLIARDI, Respondent, v AMERICORP, INC., et al., Appellants. [867 NYS2d 921]

The defendants failed to establish, prima facie, their entitlement to summary judgment dismissing the complaint. Accordingly, the Supreme Court properly denied the defendants' motion for summary judgment regardless of the sufficiency of the plaintiff's opposition papers (*see Tchjevskaia v Chase*, 15 AD3d 389 [2005]). Fisher, J.P., Balkin, McCarthy and Leventhal, JJ., concur.